MALYNZO COFEY
Name
499715
Prison Number (if applicable)
R.R.C.C. 1752 E. ARICA RD.
Mailing address or place of confinement
ELOY AZ. 85231
Address & telephone



**RECEIVED**

MAY 11 2007

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

MALYNZO COFEY                    ,
(Enter full name of plaintiff in this action)

                    Plaintiff,

vs.

C/O KIM REDDING                  ,

DEPARTMENT OF CORRECTIONS        ,

STATE OF ALASKA                  ,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

            . Defendant(s).

Case No. 3:07-cv-00082 RRB

(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## ***NOTE***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.**

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you asser jurisdiction under any different or additional authorities, list them below.

PS01

Prisoner § 19
Form Effect. 2/

Case 3:07-cv-00082-RRB   Document 1   Filed 05/11/07   Page 1 of 10

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, MALYNZO COFEY ,

(print Plaintiff's name)

who presently resides at 1752 E. ARICA RD. ELOY AZ 85,23 dre violated by the actions of

(mailing address or place of confinement)

the below named individual(s). The actions were directed against Plaintiff at FAIRBANKS

(place where

CORRECTIONAL CTR. on the following dates: 2-17-06 , _____ and _____ .

violation occurred)          (Claim 1)       (Claim 2 )       (Claim 3)

2. Defendants: (Make a copy of this page and provide same information if you are naming more than 3 defendants.)

Defendant No. 1, C/O KIM REDDING , is a citizen of ALASKA ,

(name)                                        (state)

and is employed as a CORRECTIONAL OFFICER . This defendant is sued in his/her

(defendant's position/title, if any)

X Individual  X Official capacity. Explain how this defendant was acting under color of law:

THIS INDIVIDUAL IS AN EMPLOYEE OF THE STATE AND WAS PERFORMING

HIS DUTIES AS A STATE EMPLOYEE AT THE TIME OF INCIDENT.

Defendant No. 2, DEPARTMENT OF CORRECTIONS , is a citizen of ALASKA ,

(name)                                        (state)

and is employed as a AGENCY OF ALASKA . This defendant is sued in his/her

(defendant's position/title, if any)

X Individual  X Official capacity. Explain how this defendant was acting under color of law:

STATE AGENCY

Defendant No. 3, STATE OF ALASKA , is a citizen of ALASKA ,

(name)                                        (state)

and is employed as a STATE OF ALASKA . This defendant is sued in his/her

(defendant's position/title, if any)

X Individual  X Official capacity. Explain how this defendant was acting under color of law:

STATE OF ALASKA

Prisoner § 1983
Form Effect. 2/98

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5," etc.)

Claim 1: The following civil right has been violated: EQUAL PROTECTION RIGHTS ART. (I)

(E.g., right to medical care, access to courts, due process, free

ALASKA SECTION (9) U.S. CONST. AMEND. (14) SECTION(I).

speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc. List only one civil right violation.)

Supporting Facts: [Briefly describe facts you consider important to Claim 1. State what happened clearly, **in your own words.** Do NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name,** did to violate the right alleged in Claim 1. Include dates.]

ON, 2-17-06, AT APPROXIMATELY 2215 HRS, AN ANNOUNCEMENT WAS MADE BY C/O KIM REDDING OF FAIRBANKS CORRECTIONAL CENTER FOR INMATES TO PLACE THEIR COMMISSARY FORMS THROUGH THE MODULE (A) ELECTRIC GATE, AND INTO A BUCKET CONTAINING COMMISSARY FORMS. WHEN I PLACED MY HAND THROUGH THE GATE, C/O KIMM REDDING INTENTIONALLY OPENED THE ELECTRIC GATE, TRAPPING MY HAND BETWEEN THE BARS. UPON SEEING THIS INCIDENT, INMATE WAYNE DANIEL # 142260 CAME OVER TO THE GATE AND PULLED ON THE GATE SEVERAL TIMES IN AN ATTEMPT TO FREE MY HAND FROM THE GATE. I EXPERIENCED SEVERE PAIN AND SWELLING IN MY RIGHT HAND. I REQUESTED THAT X-RAYS AND PHOTOS BE TAKEN OF MY HAND, AND WAS DENIED THE PHOTOS OF MY HAND, AND A COPY OF THE RESULTS OF THE X-RAYS OF MY HAND. I THEN WAS TOLD BY MEDICAL STAFF POMEROY OF FAIR-BANKS CORRECTIONAL CENTER THAT MY INJURIES WERE SELF INFLICTED AND THAT I WOULD BE CHARGED IN EXCESS OF $150.00. AT THIS PRESENT TIME I AM EXPERIENCING A CONTINOUS NUMBNESS, AND STIFFNESS IN MY RIGHT HAND AS A RESULT OF THIS INCIDENT. IT SHOULD BE NOTED THAT NO PH-OTOS WERE TAKEN OF MY HAND. THEY WERE DENIED. I ALSO WAS DENIED A COPY OF THE X-RAY RESULTS OF MY HAND.

Prisoner § 19
Form Effect. 2/

Case 3:07-cv-00082-RRB   Document 1   Filed 05/11/07   Page 3 of 10

Claim 2: The following civil right has been violated: _____

(E.g., right to medical care, access to courts, due process, free

speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc. List only one civil right violation.)

Supporting Facts: [Briefly descibe facts you consider important to Claim 2. State what happened clearly, in your own words. Do NOT cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 2. Include dates.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 19:
Form Effect. 2/

Case 3:07-cv-00082-RRB   Document 1   Filed 05/11/07   Page 4 of 10

Claim 3: The following civil right has been violated: _____

(E.g., right to medical care, access to courts, due process, free

_____

speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc. List only one civil right violation.)

Supporting Facts: [Briefly describe facts you consider important to Claim 3. State what happened clearly, in your own words. Do NOT cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 3. Include dates.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 19
Form Effect. 2

Case 3:07-cv-00082-RRB   Document 1   Filed 05/11/07   Page 5 of 10

## D. Previous Lawsuits

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action, or otherwise relating to your imprisonment? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

b. Name and location of court: _____

_____

c. Docket number: _____

d. Name of judge to whom case was assigned: _____

e. Disposition: _____
        (For example, was the case dismissed, appealed or still pending?)

f. Issues Raised: _____

_____

_____

_____

g. Approximate date case was filed: _____

h. Approximate date of disposition: _____

Prisoner § 1983
Form Effect. 2/98

Case 3:07-cv-00082-RRB   Document 1   Filed 05/11/07   Page 6 of 10

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? _____ Yes  X  No

If your answer is "Yes," describe each lawsuit. (If you have had more than three actions dismissed based on the above reasons, describe the others on copies of this blank page, labeled "7A.")

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of court and case number: _____

c. The case was dismissed because it was found to be: _____ frivolous, _____ malicious and/or

_____ failed to state a claim upon which relief could be granted.

d. Issues raised: _____

_____

e. Approximate date it was filed: _____

f. Approximate date of disposition: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of court and case number: _____

c. The case was dismissed because it was found to be: _____ frivolous, _____ malicious and/or

_____ failed to state a claim upon which relief could be granted.

d. Issues raised: _____

_____

e. Approximate date it was filed: _____

f. Approximate date of disposition: _____

Prisoner § 1983
Form Effect. 2/98

Case 3:07-cv-00082-RRB   Document 1   Filed 05/11/07   Page 7 of 10

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a. Defendant(s): _____

b. Name of court and case number: _____

c. The case was dismissed because it was found to be: _____ frivolous, _____ malicious and/or

_____ failed to state a claim upon which relief could be granted.

d. Issues raised: _____

_____

e. Approximate date it was filed: _____

f. Approximate date of disposition: _____

4. **Are you in imminent danger of physical injury?** _____ Yes _____ No

If your answer is "Yes," please describe the facts in detail without citing legal authority or argument:

_____

_____

_____

_____

## E. Exhaustion of Administrative Remedies

### ***REMINDER***

**You must exhaust your administrative remedies before your claim can go forward. THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.**

1. **Present place of confinement:** R.R.C.C. 1752 E. ARICA RD. ELOY AZ, 85231

2. Is there a grievance procedure at this institution? __X__ Yes _____ No

Prisoner § 1983
Form Effect. 2/98

Case 3:07-cv-00082-RRB Document 1 Filed 05/11/07 Page 8 of 10

3. Did you present the facts in your complaint for review through the grievance procedure?

_X_ Yes _____ No

   a. If your answer is "No," explain why not: _____

_____

_____

   b. If your answer is "Yes," what steps did you take? I EXAUSTED ALL OF THE STEPS
OF THE GRIEVANCE APPEAL PROCEEDURE AND WAS DENIED.

_____

_____

   c. Is the grievance procedure complete? _X_ Yes _____ No

       If your answer is "Yes," **ATTACH A COPY OF THE FINAL GRIEVANCE
       RESOLUTION for any grievance concerning facts relating to this case.**

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant (s) THAT THE COURT REQUIRE DEFENDANTS TO
INSTALL BOXES FOR COMMISSARY, AND OTHER FORMS IN INMATE ACCESSABLE
AREAS THAT DON'T REQUIRE REACHING THROUGH THE ELECTRIC GATE.

2. **Damages in the amount of $** IN EXCESS OF $10,000

3. Punitive damages in the amount of $ IN EXCESS OF $10,000

4. **Declaratory judgment:** I WOULD LIKE A DECLARATORY JUDGEMENT.

5. **Other:** _____

_____

Prisoner § 19
Form Effect. 2/

Case 3:07-cv-00082-RRB   Document 1   Filed 05/11/07   Page 9 of 10

G. Demand for Jury Trial

Plaintiff demands a trial by  X  Jury _____ Court. (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint and that the information contained in the complaint is true and correct.

_____
**Plaintiff's Original Signature**

MALYNZO COFEY OBSCIS# 499715
Plaintiff's Full Name and Prisoner Number (if applicable)

RED ROCK CORRECTIONAL CENTER.

1752 E. ARICA RD.

ELOY AZ, 85231
Plaintiff's Address and Telephone Number

Executed at  ELOY AZ.                    on        5/02/07
               (Location)                              (Date)

PRO SE.                                           5/4/07
**Original Signature of Attorney (if any)**                (Date)

_____

_____

_____

Attorney's Address and Telephone Number

Prisoner § 19E
Form Effect. 2/9